# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2024-0832
Lower Tribunal No. 2023CF001656

———————————————

JOSHUA ALEXIS JUSTINIANO-NAZARIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

February 3, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Blair Allen, Public Defender, Kevin Briggs and Daniel Muller, Assistant Public Defenders, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan and Richard A. Pallas, Jr., Assistant Attorneys General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED